# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE ISAAC

NO. 2022 KW 0476

**AUGUST 2, 2022**

---

In Re: Lawrence Isaac, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45038.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.** See **State v. Varmall**, 539 So.2d 45 (La. 1989)(per curiam).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT